IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID E. TRUMP, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 21-897 |
| | : | |
| v. | : | |
| | : | |
| NORTHAMPTON COUNTY SHERIFF'S OFFICE, NORTHAMPTON COUNTY, NORTHAMPTON COUNTY SHERIFF – JOHN DOE 1, and NORTHAMPTON COUNTY SHERIFF – JOHN DOE 2 a/k/a NORTHAMPTON COUNTY SHERIFF – JEFFREY GREENWALT, | : : : : : : : | |
| | : | |
| Defendants. | : | |

## **SCHEDULING ORDER**

**AND NOW**, this 28th day of May, 2021, after an initial pretrial conference with counsel, it is hereby **ORDERED** as follows:

1. The parties shall complete all fact discovery by **September 24, 2021**;

2. Counsel for the plaintiff shall serve upon counsel for every other party the information referred to in Federal Rule of Civil Procedure 26(a)(2)(B) by expert report or answer to expert interrogatory no later than **October 25, 2021**. Counsel for the defendant shall serve upon counsel for every other party the information referred to in Federal Rule of Civil Procedure 26(a)(2)(B) by expert report or answer to expert interrogatory no later than **November 23, 2021**. Counsel shall serve any rebuttal reports on counsel for every other party and shall conclude expert depositions, if any, no later than **November 30, 2021**;

3. The parties shall file any dispositive motions by **December 30, 2021**;

4. The parties shall file opposition to any dispositive motions by **January 13, 2022**;

5. The parties shall each file a pretrial memorandum by **February 18, 2022**;

6. The parties shall file any motions *in limine* by **February 18, 2022**;

7. The parties shall file responses to motions *in limine* by **February 25, 2022**;

8. Each party shall exchange exhibits in accordance with Local Rule of Civil Procedure 16.1(d).  Each party shall **also** provide the court with one exhibit binder by **February 25, 2022**.  The exhibit binder shall contain a tabbed copy of each exhibit with a schedule of exhibits, which briefly describes each exhibit;

9. The parties shall agree upon and submit **joint** proposed points for charge and a **joint** proposed verdict slip by **February 25, 2022**.  The parties shall refer to the court's policies and procedures for further instruction in this regard;[1]

10. The parties shall exchange proposed statements of fact for *voir dire* and questions for *voir dire* prior to the pretrial conference, and the parties shall provide the court with copies of the same at least two (2) business days prior to the pretrial conference;

11. The court will hold a final pretrial conference on **Wednesday**, **March 2, 2022**, at **10:00 a.m.** at the Holmes Building, 101 Larry Holmes Drive, 4th Floor, Easton, Pennsylvania;

12. The selection of a jury shall take place on **Friday**, **March 4, 2022**, at **9:30 a.m.**  Jury selection will take place at the James A. Byrne United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, in a courtroom to be determined;

13. A jury trial shall commence before this court on **Monday**, **March 7, 2022**, at **9:00 a.m.** at the Holmes Building, 101 Larry Holmes Drive, 4th Floor, Easton, Pennsylvania.  This order shall serve as a formal attachment for trial; and

---

[1] The court's policies and procedures are available online at:
https://www.paed.uscourts.gov/documents/procedures/smtpol.pdf.

3

14. This case is **REFERRED** to United States Magistrate Judge Marilyn Heffley for a settlement conference. The settlement conference will be held on **Thursday**, **July 15, 2021**, at **9:30 a.m.**, before Magistrate Judge Heffley.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.