IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID E. TRUMP, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 21-897 |
| | : | |
| v. | : | |
| | : | |
| NORTHAMPTON COUNTY SHERIFF'S OFFICE, NORTHAMPTON COUNTY, NORTHAMPTON COUNTY SHERIFF – JOHN DOE 1, and NORTHAMPTON COUNTY SHERIFF – JOHN DOE 2 a/k/a NORTHAMPTON COUNTY DEPUTY SHERIFF – JEFFREY GREENWALT, | : : : : : : : | |
| | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this 30th day of June, 2021, the plaintiff, David E. Trump, having filed an amended complaint against the defendants on May 19, 2021 (Doc. No. 8); and the defendants, Northampton County and Northampton County Sheriff's Office, having filed a motion to dismiss the amended complaint on June 2, 2021 (Doc. No. 14); and the defendant, John Doe 2 a/k/a Northampton County Deputy Sheriff, Jeffrey Greenwalt, having separately filed a motion to dismiss the amended complaint on June 15, 2021 (Doc. No. 16); and it appearing that the plaintiff has not filed responses to the motions to dismiss despite the time for doing so having passed, *see* E.D. Pa. Loc. Civ. R. 7.1(c) ("Unless the Court directs otherwise, any party opposing the motion shall serve a brief in opposition together with such answer or other response that may be appropriate, within fourteen (14) days after service of the motion and supporting brief.");[1] accordingly, it is hereby **ORDERED** that the court will hold a telephone conference to discuss

---

[1] The court also notes that the plaintiff has already used his **one** opportunity to amend the complaint as a matter of course under Rule 15(a)(1) of the Federal Rules of Civil Procedure when he filed the amended complaint. *See* Doc. No. 8.

this issue on **Thursday**, **July 1, 2021**, at **2:30 p.m.** Counsel shall call 1-571-353-2300 and use pin 363973916# to enter the conference call.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.